BEFORE: ARLENE R. LINDSAY                    DATE:   December 12, 2017
UNITED STATES MAGISTRATE JUDGE               TIME ON:  2:15
                                             TIME OFF: 2:45

Case No.  16 CR 355 (ARL)                    Courtroom Deputy: Robert Imrie

Criminal Cause for Sentence

Defendant: Karen Hunter
        Present  X    Not Present____       In Custody____   Bond  X

Attorney: Randi Chavis                       Ret'd___  CJA___  Fed Def  X

AUSA:   Seth DuCharme

Interpreter:  -

Court Reporter : Mary Ann Steiger

Sentence Held  X        Sentence Adjourned to:

NOTES: The Defendant is sentenced to three years probation, with the following special conditions: participation in a mental health treatment program as approved by the Probation Department. The Defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree she is reasonably able, and shall cooperate in securing any applicable third-party payment. The Defendant shall disclose all financial information and documents to the Probation Department to assess her ability to pay. A $25.00 Special Assessment is imposed.